# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/27/2005  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     MAG NO. 05-0443LEK

CASE NAME:       USA vs. (01) FERMIN MORAN FLORES
                 USA vs. (02) GRISZELDA PEREZ MEDINA
                 USA vs. (03) ROBERT KUI FON LEE

ATTYS FOR PLA:   Beverly Wee Sameshima

ATTYS FOR DEFT:  (01) Lynn E. Panagakos
                 (02) Jerry I. Wilson
                 (03) Harlan Y., Kimura

INTERPRETER:     (01) MIGUEL SAIBENE
                 (02) LUZ VEGA

---

JUDGE:   Leslie E. Kobayashi      REPORTER:   FTR-Courtroom 7

DATE:    5/27/2005                TIME:       1:41-1:49

---

COURT ACTION:   EP: Detention Hearing - Defendants (01) Fermin Moran Flores, (02) Griszelda Perez Medina and (03) Robert Kui Fon Lee, all present in custody.

Interpreters for Defendant (01) Miguel Saibene and for Defendant (02) Luz Vega, previously sworn present.

Detention Hearing as to Defendant (01) Fermin Moran Flores - No objections to the USPTS Report.  Parties submit. Motion to Detain Granted.  Govt to prepare Order.

Detention Hearing as to Defendant (02) Griszelda Perez Medina - No objections to the USPTS Report.  Parties submit. Motion to Detain Granted.  Govt to prepare Order.

Detention Hearing as to Defendant (03) Robert Kui Fon Lee - Arguments heard. Motion to Detain Granted.  Govt to prepare Order.

Defendants (01) Fermin Moran Flores, (02) Griszelda Perez Medina and (03) Robert Kui Fon Lee are remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager

