# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 05-00220JMS

CASE NAME:        U.S.A. Vs. (02) Griselda Perez Medina

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     1/9/2006                     TIME:

COURT ACTION: EO: Final PreTrial Conference set for 1/9/2006 continued to 1/17/2006 @l0:00 a.m. before Judge Kobayashi.

Submitted by Leslie L. Sai, Courtroom Manager