# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00220JMS-02 |
| CASE NAME: | United States of America vs. Griselda Perez Medina |
| ATTYS FOR PLA: | Mark Inciong |
| ATTYS FOR DEFT: | Jerry Wilson |
| INTERPRETER: | |
| JUDGE: J. Michael Seabright | REPORTER: Sharon Ross |
| DATE: 1/24/2006 | TIME: 9:40 - 10:25 |

COURT ACTION: Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present in custody with counsel Jerry Wilson.

Defendant sworn. Questioned by Court.

Advised of her constitutional rights, provisions of the Sentencing Guidelines.

Court read the indictment to the defendant.

Advised of the maximum and minimum penalties provided by law.

Mr. Inciong recited the essential provisions of the plea agreement.
Memorandum of Plea Agreement filed.

Mr. Inciong summarized the government's evidence against the defendant.
The defendant admitted his involvement in this case.

Guilty plea entered to Count 1 of the Indictment. Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing set for Thursday, May 11, 2006 at 2:15 p.m. before the Honorable J. Michael Seabright.

BAIL: Ordered that defendant continue to be detained.
Submitted by: Dottie Miwa, Courtroom Manager