**ORIGINAL**

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON    1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2006
at 3 o'clock and 35 min P m
SUE BEITIA, CLERK

Attorney for Defendant
 GRISELDA PEREZ-MEDINA (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br> GRISELDA PEREZ MEDINA  (02), )<br>                              )<br>          Defendant.          )<br>                              )<br>                              )<br>_____) | CR. NO. 05-00220 JMS<br><br>DEFENDANT GRISELDA PEREZ-<br>MEDINA'S SENTENCING STATEMENT;<br>CERTIFICATE OF SERVICE<br><br><br><br><br>[21 U.S.C. §§ 841(a)(1);<br> 846; 853] |

### DEFENDANT GRISELDA PEREZ-MEDINA'S SENTENCING STATEMENT

Comes now Defendant GRISELDA PEREZ-MEDINA, by and through her attorney, JERRY I. WILSON, and in response to the draft PRESENTENCE INVESTIGATION REPORT prepared by Senior U.S. Probation Officer Malia Eversole dated March 14, 2006, states that she has no objections to same at this time.

DATED:  Honolulu, Hawaii, _____.

MAR 17 2006

_____
JERRY I. WILSON
Attorney for Defendant
 GRISELDA PEREZ-MEDINA (02)

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly mailed or delivered to the following persons at their last known addresses upon filing and receipt of said document:

**MARK A. INCIONG**
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii  96850

Attorney for Plaintiff
   UNITED STATES OF AMERICA

**MALIA EVERSOLE**
United States Probation Office
PJKK Federal Building, Room C-110
300 Ala Moana Boulevard,  Box 50111
Honolulu, Hawaii  86850

Senior U.S. Probation Officer

DATED:  Honolulu, Hawaii,  MAR 17 2006                .

_____
JERRY I. WILSON
Attorney for Defendant
   GRISELDA PEREZ-MEDINA (02)