# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00220JMS-02 |
| CASE NAME: | United States of America vs. Griselda Perez Medina |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | Jerry I. Wilson |
| INTERPRETER: | Luz Vega |
| U. S. P. O.: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 5/18/2006 | TIME: | 1:40 - 2:20 |
| | | | Downward Departure - 1:45 - 1:50 |

COURT ACTION:  Sentencing to Count 1 of the Indictment:
Government's Motion for Downward Departure:

Defendant present in custody with counsel Jerry Wilson.

Government's Motion for Downward Departure GRANTED.

Memorandum of Plea Agreement accepted.

Allocution by the defendant.

Imprisonment 21 months.

Supervised Release 3 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

Page 2
Criminal 05-00220JMS-02
U.S.A. vs. Griselda Perez Medina
May 18, 2006

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

Government's Oral Motion to Dismiss Count 2 GRANTED.

Submitted by: Dottie Miwa, Courtroom Manager